UNITED STATES COURT OF INTERNATIONAL TRADE

_____
|                                          )
THE UNITED STATES,                         )
                                    )
        Plaintiff,                         )
                                    )
        v.                                 )   Case No. 25-00214
                                    )
LGA TRADING, INC.,                         )
and GALO GOYA,                             )
                                    )
        Defendants.                        )
_____)

## SUMMONS

TO: The Above-Named Defendants:

      You are hereby summoned and required to serve upon plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                          /s/Mario Toscano
                                                          Clerk of the Court

/s/ An Hoang
Signature of Plaintiff's Attorney
September 26, 2025

                                                      Name, Address, Telephone Number and
                                                      E-mail Address of Plaintiff's Attorney:

                                                      An Hoang
                                                      Trial Attorney
                                                      U.S. Department of Justice
                                                      Civil Division
                                                      P.O. Box 480, Ben Franklin Station
                                                      Washington, D.C. 20044
                                                      (202) 616-3226
                                                      An.Hoang@usdoj.gov